UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA

                – against –

SHAUN AFANADOR,

        Defendant.

---------------------------------X

ORDER
11 CR 0254 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 14 2015 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that the plea transcript of September 12, 2011 is unsealed.

In addition, based upon a de novo review of the transcript of the plea proceeding, the Court adopts the recommendation of Magistrate Judge Arlene Lindsay and accepts the defendant's plea of guilty to Counts 1, 3, 5 and 9 of the Superseding Indictment, 11-254 (S-1).

SO ORDERED.

S/ Joseph F. Bianco
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     August 14, 2015
            Central Islip, New York